

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00220-CR
_____

CODY BLAKE BARNES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 23F1177-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

A Bowie County jury found Cody Blake Barnes guilty of four counts of indecency with a child. *See* TEX. PENAL CODE ANN. § 21.11. For each count, the jury assessed a sentence of twenty years' imprisonment with a $10,000.00 fine.

On appeal, Barnes argues that the State's "indictment and jury charge were multiplicitous, thus, violating the Appellant's constitutional right against double jeopardy." We addressed this complaint in detail in our main opinion in cause number 06-24-00219-CR. As we explained there, Barnes raised no objection to the indictment until after the State rested, failed to either preserve or adequately brief any double-jeopardy issue, and failed to adequately brief any jury-charge issue. Accordingly, we affirm the trial court's judgments.[1]

Jeff Rambin
Justice

Date Submitted:     August 8, 2025
Date Decided:       August 12, 2025

Do Not Publish

---

[1]In our cause numbers 06-24-00219-CR and 06-24-00221-CR through 06-24-00232-CR, Barnes appeals from other convictions for offenses involving children, including aggravated sexual assault of a child, indecency with a child, injury to a child, prohibited sexual contact, and abandoning or endangering a child.